# EXHIBIT "A"

# File a Motion:

6:08-bk-24324-TD Modtech Holdings, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 6 (Riverside) |
| Judge: TD | Assets: y | Case Flag: PlnDue, DsclsDue, Incomplete |

## U.S. Bankruptcy Court

## Central District Of California

Notice of Electronic Filing

The following transaction was received from Clarkson, Scott C entered on 1/23/2009 at 12:12 PM PST and filed on 1/23/2009

**Case Name:**	Modtech Holdings, Inc.
**Case Number:**	6:08-bk-24324-TD
**Document Number:** 156

**Docket Text:**
Application to Employ Monteleone & McCrory, LLP as Special Litigation Counsel *by Modtech Holdings, Inc. Declaration of Eric C. Smith in Support Thereof* Filed by Interested Party Monteleone & Mccrory Llp (Clarkson, Scott)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\scan\MODTEC APP.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=1/23/2009] [FileNumber=23551102-0] [218c68bd70a6408a1f253c6aa3b5c47952d840ed7f1767703cdb1a34154c560ec4 d1bd37ebc28b557dd17a85a4758d8dc1512daf87e8fcf2bd02c9235c41d0d5]]

**6:08-bk-24324-TD Notice will be electronically mailed to:**

Peter C Califano	pcalifano@cwclaw.com

Scott C Clarkson	sclarkson@lawcgm.com

Helen R Frazer	hfrazer@aalrr.com

Jeanne M Jorgensen	jjorgensen@pj-law.com

Leib M Lerner	leib.lerner@alston.com

Charles Liu	cliu@winthropcouchot.com

Elizabeth A Lossing	elizabeth.lossing@usdoj.gov

Richard A Marshack    rmarshack@shbllp.com

Frank F McGinn    ffm@bostonbusinesslaw.com

Lawrence Peitzman    lpeitzman@pwkllp.com

Jeffrey N Pomerantz    jpomerantz@pszjlaw.com

Dean G Rallis Jr    dean.rallis@alston.com

Todd C. Ringstad    becky@ringstadlaw.com

Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com

Scott A Schiff    sas@soukup-schiff.com

Yaron Shaham    yshaham@wolfewyman.com

United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

Andrea M Valdez    avaldez@fulbright.com

Scott Williams    swilliams@manierherod.com,
mfranks@manierherod.com;tpennington@manierherod.com

Marc J Winthrop    pj@winthropcouchot.com

**6:08-bk-24324-TD Notice will not be electronically mailed to:**

Construction Laborers Trust Funds for Southern California Administrative Company LLC
Marsha H. Hamasaki
,

EDGE Development, Inc.
,

Amy M Oakden
23205 Sunnymead Blvd Ste 100
PO Box 7599
Moreno Valley, CA 92552-7599

Vanessa Ruggles
The Gomez Law Firm
625 Broadway Ste 1200
San Diego, CA 92101

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, NO. 800
Phoenix, AZ 85004

SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Counsel to Proposed Special Litigation Counsel Monteleone & McCrory LLP for Modtech Holdings, Inc., Chapter 11 Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MODTECH HOLDINGS, INC.,<br><br>Debtor and Debtor in Possession. | Case No. 08-24324-TD<br><br>Chapter 11<br><br>APPLICATION BY MODTECH HOLDINGS, INC. FOR AUTHORITY TO EMPLOY MONTELEONE & MCCRORY, LLP AS SPECIAL LITIGATION COUNSEL; DECLARATION OF ERIC C. SMITH IN SUPPORT THEREOF<br><br>Date:<br>Time: [No hearing required]<br>Ctrm: |

TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES BANKRUPTCY JUDGE, AND THE UNITED STATES TRUSTEE:

The Application of Modtech Holdings, Inc., Chapter 11 Debtor and Debtor in Possession, (the "Debtor") for Authority to Employ Monteleone & McCrory, as Special Litigation Counsel, respectfully represents that:

    1.    On October 20, 2008, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court, Central

District of California, Los Angeles Division (the "Bankruptcy Court") (the "Bankruptcy Case"). Since that time, the Debtor has been operating as a Debtor in Possession in this case.

2. The Debtor is seeking by this Application to employ as Special Litigation Counsel the law firm of Monteleone & McCrory LLP ("Monteleone" or the "Firm") to serve as special litigation counsel with respect to a number of pending and proposed litigations involving construction disputes with various customers of the Debtor.

3. Monteleone has served as the Debtor's construction litigation counsel since 2004, and presently serves as the Debtor's counsel in several of the below identified litigation matters.

4. Monteleone has considerable expertise in cases in the area of construction dispute resolution and litigation. The Debtor submits that Monteleone is well qualified to represent it as litigation counsel on various construction disputes and litigation. The Firm's attorneys who will appear in this matter are duly admitted to practice before all courts in which the various construction disputes exist or may later arise.

5. Specifically, but not intended to be all-inclusive, Monteleone will represent the estate as special litigation counsel with respect to the following matters:

a. Claims against the San Diego Unified School District in connection with the Porter/Kennedy School Projects. Modtech has a claim for unpaid progress billings, unpaid retention and extra work/change order work to the tune of about $1 million or more ("Porter/Kennedy").[1]

b. Pending litigation on claims with the Liberty Union High School District regarding the Debtor's work on the 2005 Heritage High School Project (*Modtech Holdings, Inc.*

---

[1] The lawsuit has been filed and is pending.

2
EMPLOYMENT APPLICATION

*v. Liberty Union High School District,* Contra Costa County Superior Court, Case No. C06-00239) ("Heritage").

   c. Pending litigation with the Campbell Union Elementary School District seeking damages in excess of $4 million (*Modtech Holdings, Inc. v. Campbell Union Elementary School District, et al.,* Santa Clara County Superior Court, Case No. 1-05-CV-049363) ("Monroe").

   d. Pending litigation with J T Plastering, Inc., a subcontractor to Modtech, arising from services performed on the Landmark Elementary School, located in Watsonville, California in excess of $140,000.00 (*Modtech Holdings, Inc. v. J & T Plastering, Inc.,* Los Angeles County Superior Court, Case No. BC390871) ("JT Plastering").

   e. Other construction related claims and litigations that are pending or will arise with respect to pre-petition activities of the Debtor.

  6. Monteleone does not represent any other entities having an adverse interest to the Debtor in connection with this case. Further, except as otherwise set forth in this Application, Monteleone does not have any connection with the Debtor, creditors of the estate or any other party in interest.

  7. Monteleone has been construction litigation counsel to the Debtor since 2004. Monteleone is a secured creditor of the Debtor, possessing statutory attorney liens on all presently pending construction litigation in which it has served as Debtor's Counsel, and a written assignment of the remaining settlement sums in Heritage. At this time, Monteleone holds first priority security interests in proceeds arising in the following matters, and each are cross-collateralized with the other:

   a. Porter/Kennedy;

   b. Heritage;

3
EMPLOYMENT APPLICATION

c.  Monroe; and

d.  JT Plastering.

As of the Petition Date, Monteleone believes that it is owed, at a minimum, the amount of $816,000.00 (the "Monteleone Claim"). The Monteleone claim and liens are based on various legal services representations performed pre-petition under the Legal Representation Agreement with Modtech dated November 12, 2004.

8. The compensation arrangements for Monteleone have been negotiated between the Debtor and Monteleone, and with respect to several of the litigation matters, include the participation of the Debtor's surety and bonding company, Liberty Mutual Insurance ("Liberty"). Monteleone has agreed to represent the Estate on the Porter/Kennedy, Heritage and JT Plastering matters on a contingency fee basis and to advance reasonably necessary costs required for that purpose. In that regard, it has been agreed that from any proceeds of each litigation, Monteleone will first be reimbursed for its costs and disbursements and that Monteleone will then receive as its contingent fee, one-third of the remaining proceeds with the balance being remitted to the Estate. This contingent fee of one-third will apply whether the matter is resolved by a mutually agreed settlement or by judgment after trial. The agreement, however, only covers legal services provided by Monteleone through trial and judgment thereafter, and does not cover any appeal that may be taken by either side from the Judgment. Such services will be provided by Monteleone only if it and the Estate make a further written fee agreement concerning such services. The Estate will only be responsible for paying costs and expenses advanced and incurred in handling of the matter, including (but not limited to) filing fees, transcript and court reporter's fees, messenger and other delivery fees, process

service fees, jury fees, witness fees, investigator's fees, expert's or consultant's fees, photocopies, travel costs, Fax charges, computer-assisted legal research charges, and other similar items, to the extent monies are recovered by way of settlement or adjudication from the actions for which it has been retained as special counsel. A true and correct copy of Monteleone's contingency engagement letter is attached hereto as Exhibit "A".

With respect to the Campbell litigation, Monteleone has been engaged by the Estate to provide all legal services reasonably required to represent it in connection with that litigation. A true and correct copy of Monteleone's engagement letter for the Campbell matter is attached hereto as Exhibit "B", and incorporated herein by this reference.

Liberty Mutual Insurance Company ("Liberty"), as Modtech's bonding company, has agreed to pay Monteleone's attorney fees and costs in representing the Estate in the Campbell litigation, with the rights of reimbursement, and under the following specified conditions:

a.  The trial team will be Patrick Duffy and Eric Smith (for Modtech only) and Watt, Tieder, Hoffar & Fitzgerald, LLP's Michael Hutchins (for Liberty only);

b.  Liberty will pay Monteleone's regular published rates for work performed on or after the petition date, October 20, 2008, with a cap not to exceed $300 per hour;

c.  Liberty will pay Monteleone's expenses for expert witnesses, trial graphics and other reasonable costs as approved by Liberty;

d.  Before any recovery from the Campbell litigation is released to the Estate, any other creditor, or anybody else, Liberty shall first be reimbursed all of its fees and costs incurred in the Campbell litigation, including, but not limited to, those fees and costs paid to Monteleone and Watt, Tieder, Hoffar & Fitzgerald, LLP;

e.  Liberty reserves the right to settle the Campbell litigation, including Modtech's

claims against Campbell and Liberty, and Campbell's claims against Modtech and Liberty, at any time for any price. If the debtor or any creditor objects to the settlement, such objector must, within ten days, both (a) reimburse Liberty its fees and expenses incurred by Liberty in the Campbell litigation; and (b) provide adequate protection to Liberty in the form of cash collateral for Liberty's future litigation expenses and the penal sum of Liberty's performance bond on the Campbell project;

  f. Liberty reserves the right to stop paying Monteleone's fees and costs at any time, with or without cause, upon reasonable notice not less than seven days.

  9. The Debtor believes and based thereon submits that the retention of Monteleone is in the best interests of the estate. Pursuant to the provisions contained in the Office of the United States Guidelines, and as set forth herein, Monteleone will comply with the appropriate Fee and Employment Guidelines.

  10. Eric Smith and Patrick J. Duffy, III, each being partners of Monteleone will supervise and lead Monteleone's litigation and dispute resolution efforts.

  11. A copy of the firm resume, including those of all attorneys who will work or otherwise appear in this case, is attached hereto as Exhibit "C" and incorporated by this reference. A list of hourly rates of attorneys and professionals who may work on this case is attached hereto as Exhibit "D" and incorporated herein by this reference.

  13. Notice of this Application was served concurrently with the filing of the Application with the Office of the United States Trustee. Attached hereto as Exhibit "E" and incorporated by this reference is a true and correct copy of the Notice.

  14. Monteleone charges the actual costs of photocopying documents sent out for copying jobs for commercial processing if time permits. Monteleone charges twenty-five cents per page of copying done in the office.

15. Costs incurred by Monteleone for services supplied by third parties, such as long distance telephone charges, messenger charges, process servers, deposition reporting services, experts/consultants and overnight mail are directly passed through at actual cost.

WHEREFORE, the Debtor requests that it be authorized to employ Monteleone as its special litigation counsel under the terms and conditions set forth herein.

Dated: January 21, 2009

MODTECH HOLDINGS, INC.

By: /s/ 
President

# DECLARATION OF ERIC C. SMITH

I, Eric C. Smith, declare as follows:

1. I am a partner of the law firm of Monteleone & McCrory LLP ("the Firm") and am duly authorized to make this declaration on behalf of the Firm. I make this declaration of my own personal knowledge in support of the Application by Modtech Holding, Inc., Chapter 11 Debtor and Debtor in Possession for Authority to Employ Monteleone & McCrory LLP as Special Litigation Counsel (the "Application") in this bankruptcy case. I have personal knowledge of the matters set forth herein or have gained such knowledge from my review of the business records of Monteleone, which are obtained, created and maintained in the ordinary course of business, and if called and sworn as a witness to testify, I would and could testify competently thereto.

2. Monteleone will represent the estate as special litigation counsel in connection with the following matters:

   a. Claims against the San Diego Unified School District in connection with the Porter/Kennedy School Projects. Modtech has a claim for unpaid progress billings, unpaid retention and extra work/change order work to the tune of about $1 million or more ("Porter/Kennedy").[2]

   b. Pending litigation on claims with the Liberty Union High School District regarding the Debtor's work on the 2005 Heritage High School Project (*Modtech Holdings, Inc. v. Liberty Union High School District,* Contra Costa County Superior Court, Case No. C06-00239) ("Heritage").

---

[2] The Statute of Limitations is set to run on these claims on December 3, 2008.

     c.    Pending litigation with the Campbell Union Elementary School District seeking damages in excess of $4 million (*Modtech Holdings, Inc. v. Campbell Union Elementary School District, et al.*, Santa Clara County Superior Court, Case No. 1-05-CV-049363) ("Monroe").

     d.    Pending litigation with J T Plastering, Inc., a subcontractor to Modtech, arising from services performed on the Landmark Elementary School, located in Watsonville, California in excess of $140,000.00 (*Modtech Holdings, Inc. v. J & T Plastering, Inc.*, Los Angeles County Superior Court, Case No. BC390871) ("JT Plastering").

     e.    Other construction related claims and litigation that is pending or will arise with respect to pre-petition activities of the Debtor.

3.    Monteleone does not represent any other entities having an adverse interest to Applicant in connection with this case.

4.    Pursuant to the provisions contained in the Office of the United States Guidelines, and as set forth herein, Monteleone will comply with the appropriate Fee and Employment Guidelines.

5.    Patrick J. Duffy, III and I will supervise and lead Monteleone's litigation efforts.

6.    True and correct copies of Monteleone's engagement letters are attached hereto as Exhibits "A" and "B" and incorporated herein by this reference.

7.    A copy of the firm resume, including those of all attorneys who will work or otherwise appear in this case, is attached hereto as Exhibit "C" and incorporated by this reference.

8.    A list of hourly rates of attorneys and professionals who may work on this case is attached hereto as Exhibit "D" and incorporated by this reference.

9.  Notice of this Application was served concurrently with the filing of the Application with the Office of the United States Trustee. Attached hereto as Exhibit "E" and incorporated by this reference is a true and correct copy of the Notice.

10. The Firm charges the actual costs of photocopying documents sent out for copying jobs for commercial processing if time permits. The Firm charges twenty-five cents per page of copying done in the office. Costs incurred by the Firm for services supplied by third parties, such as long distance telephone charges, messenger charges, process servers, deposition reporting services, experts/consultants and overnight mail are directly passed through at actual cost.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; and that if called as a witness, I could and would testify competently thereto.

Executed January 21, 2009, at Los Angeles, California.

_____
Eric C. Smith