EXHIBIT "A"

PATRICK J. DUFFY
A Professional Corporation,
PARTNER

November 24, 2008

Estate of Modtech Holdings, Inc.
Attn: Dennis Shogren
2830 Barrett Avenue
Perris, California 92571

Re:    Legal Representation of the Estate of Modtech Holdings, Inc. re Porter/Kennedy,
        Heritage and J T Plastering Matters

Dear Mr. Shogren:

We are pleased that the Estate of Modtech Holdings, Inc. ("Estate") wishes to retain Monteleone & McCrory to handle the following identified litigation:

a.    Claims against the San Diego Unified School District in connection with the Porter/Kennedy School Projects. Modtech has a claim for unpaid progress billings, unpaid retention and extra work/change order work to the tune of about $1 million or more ("Porter/Kennedy").[1]

b.    Pending litigation on claims with the Liberty Union High School District regarding the Debtor's work on the 2005 Heritage High School Project (Modtech Holdings, Inc. v. Liberty Union High School District, Contra Costa County Superior Court, Case No. C06-00239) ("Heritage").

c.    Pending litigation with J T Plastering, Inc., a subcontractor to Modtech, arising from services performed on the Landmark Elementary School, located in Watsonville, California in excess of $140,000.00 (Modtech Holdings, Inc. v. J & T Plastering, Inc., Los Angeles County Superior Court, Case No. BC390871) ("JT Plastering").

We have agreed to represent the Estate on these matters on a contingency fee basis and to advance reasonably necessary costs required for that purpose. In that regard, we have agreed that from any proceeds of each litigation Monteleone & McCrory will first be reimbursed for its costs and disbursements and that Monteleone & McCrory will then receive as its contingent fee, one-third of the remaining proceeds with the balance being remitted to the Estate. This contingent fee of one-third will apply whether the matter is resolved by a mutually agreed

---

[1]    The Statute of Limitations is set to run on these claims on December 3, 2008.

EXHIBIT "B"

PATRICK J. DUFFY
A Professional Corporation,
PARTNER

December 11, 2008

15093

Estate of Modtech Holdings, Inc.
Attn: Dennis Shogren
2830 Barrett Avenue
Perris, California 92571

Liberty Mutual Insurance Company
Attn: Douglas J. Wills, Esq.
Interchange Corporate Center
450 Plymouth Road, Suite 400
Plymouth Meeting, PA 19462-1644

Re:   <u>Modtech Holdings, Inc. v. Campbell Union Elementary School District</u>,
      Santa Clara County Superior Court Case No.105CV049363

Dear Mr. Shogren and Mr. Wills:

            We are pleased that the Estate of Modtech Holdings, Inc. ("Estate") wishes to
retain Monteleone & McCrory to continue to handle its above-entitled dispute with the Campbell
Union Elementary School District pertaining to the Monroe Middle School Project ("Campbell").

            As you know, it is appropriate under California law to formalize discussions
regarding any fee arrangement in writing.  This letter will thus serve to describe the services for
which the Estate has retained us, document our acceptance of the matter, and set forth our fee
arrangement.  Please sign the enclosed copy of this letter on the blank signatory line immediately
below my signature to indicate the Estate's agreement to this fee arrangement, and return the
signed copy to me for our files.  A self-addressed, stamped envelope is enclosed for your
convenience.

            Pursuant to our discussions, Monteleone & McCrory has been engaged by the
Estate, and only the Estate, to provide all legal services reasonably required to represent it in
connection with the above-entitled pending litigation. However, Liberty Mutual Insurance
Company ("Liberty"), as Modtech Holdings, Inc.'s bonding company, has agreed to pay
Monteleone & McCrory LLP's attorney fees and costs in representing the Estate in this matter on
the following terms and conditions:

Dennis Shogren
Douglas J. Wills, Esq.
December 11, 2008
Page 2

1.  The trial team will be Patrick Duffy and Eric Smith (for Modtech only) and Watt, Tieder, Hoffar & Fitzgerald, LLP's Michael Hutchins (for Liberty only);

2.  Liberty will pay Monteleone & McCrory's regular published rates for work performed on or after the petition date, October 20, 2008, with a cap not to exceed $300 per hour;

3.  Liberty will pay Monteleone & McCrory's expenses for expert witnesses, trial graphics and other reasonable costs as approved by Liberty;

4.  Before any recovery from the Campbell litigation is released to the Estate, any other creditor, or anybody else, Liberty shall FIRST be reimbursed all of its fees and costs incurred in the Campbell litigation, including, but not limited to, those fees and costs paid to Monteleone & McCrory and Watt, Tieder, Hoffar & Fitzgerald, LLP;

5.  Liberty reserves the right to settle the Campbell litigation, including Modtech's claims against Campbell and Liberty, and Campbell's claims against Modtech and Liberty, at any time for any price. If the debtor or any creditor objects to the settlement, such objector must, within ten days, both (a) reimburse Liberty its fees and expenses incurred by Liberty in the Campbell litigation; and (b) provide adequate protection to Liberty in the form of cash collateral for Liberty's future litigation expenses AND the penal sum of Liberty's performance bond on the Campbell project;

6.  Liberty reserves the right to stop paying Monteleone & McCrory's fees and costs at any time, with or without cause, upon reasonable notice not less than seven days;

7.  There exists a unity of interest between Modtech and Liberty such that all communications by Monteleone & McCrory to Modtech or Liberty concerning the Campbell litigation shall be subject to a joint defense privilege and not discoverable by third parties; and

8.  All terms of this Agreement and Liberty's lien in the Campbell recoveries (with regards to the advancement of legal fees and costs) must be specifically approved by the bankruptcy court before this Agreement becomes effective.

Our fees for legal services are calculated according to the time required to perform particular tasks, at our normal hourly rates. These rates vary depending upon the attorney, legal assistant, or other personnel assigned by the firm to perform a particular task. Where appropriate, we will assign other lawyers, consultants, legal assistants or support personnel to perform work on this matter if, in our reasonable judgment, that is advisable. We will be happy to discuss personnel assignments with either of you at any time. Our charges will include all time spent by us in handling the matter, including time spent waiting in court, time spent in travel, and time spent in office conferences between or among the legal personnel assigned to work on this matter. When such personnel engage in office conferences, each person will charge for his or her time. Likewise, if more than one of our legal personnel attends a meeting, court

Dennis Shogren
Douglas J. Wills, Esq.
December 11, 2008
Page 3

hearing or other proceeding, each will charge for his or her time. Work on particular matters is coordinated between partners and associates in order to maximize efficiency and minimize costs.

A list of our personnel, along with their hourly billing rates, is enclosed with this letter.

In addition to our fees, Liberty will also be responsible for paying reasonable costs and expenses incurred in our handling of the matter, including filing fees, transcript and court reporter's fees, messenger and other delivery fees, process service fees, jury fees, witness fees, investigator's fees, expert's or consultant's fees, photocopies, travel costs, facsimile charges, long distance telephone charges, car telephone charges, computer-assisted legal research charges, and other similar items.

Also, we may, with Liberty's consent, engage accountants, investigators, appraisers, engineers, architects, and/or other experts or consultants in various locales and areas of expertise to assist us in our representation. Liberty agrees to reimburse us, or upon our request, to pay directly, any such reasonable expenses incurred in the course of our representation of the Estate.

While we are not requesting that Liberty or the Estate provide us with a deposit in connection with this retention, we expect that Liberty will promptly process and pay our legal fees and costs in a timely manner.

Liberty and the Estate will receive a monthly statement which itemizes the particular service rendered, the amount charged for that service, and all expenses, costs and other charges incurred. All time spent in connection with the matter will be billed in increments of tenths of an hour. Our policy is to require that each month's statement be paid in full within 30 days of issuance. All invoices to Liberty shall be sent to Liberty, care of Robert C. Niesley, Esq., Watt, Tieder, Hoffer & Fitzgerald, LLP, 2040 Main street, Ste. 300, Irvine, California 92614.

The Estate has the right at any time to terminate our services upon written notice to us and we shall, immediately after receiving such notice, cease to render additional services. Such termination shall not, however, relieve Liberty of its obligation to pay the fees due for services rendered and costs incurred prior to such termination. Likewise, if the Estate or Liberty fails to meet any of their obligations under this agreement, we shall have the right at our sole option and discretion to terminate this agreement, withhold further services, cease our representation of the Estate, and withdraw as counsel of record for the Estate in any proceeding. In this event the Estate agrees to take all steps necessary to free us of any obligation to perform any additional services on its behalf, including the execution of any documents necessary to complete our discharge or withdrawal from the matter.

The Estate hereby grants us a lien on any and all claims or causes of action which are the subject of our representation of the Estate pursuant to this agreement, as well as any and all other claims or causes of action which we may advance for it in connection with any other matter where we have been retained to act or have acted as counsel on its behalf. This lien shall be for the full amount of attorneys fees and costs owed to the firm on all matters, regardless of the matter or matters that those fees and costs relate to. This lien will be in addition to any other rights we may have to recover sums owing from the Estate or Liberty under this agreement.

LAW OFFICES

# MONTELEGNE & McCRORY, LLP

Dennis Shogren
Douglas J. Wills, Esq.
December 11, 2008
Page 4

Monteleone & McCrory LLP's lien shall be junior to any right of Liberty to recover from the Campbell claim results its fees and costs advanced pursuant to this Agreement. By signing this agreement the Estate is consenting to the granting of the liens specified herein, subject to Liberty's priority set forth above.

We can, of course, make no promises or guarantees regarding the outcome of the matter, and nothing contained in this agreement or in our statements to you or the Estate shall be construed as a promise, guarantee, representation or assurance about the outcome of the matter.

As you know, the Estate and Liberty shall have all rights provided by applicable California law under certain circumstances to seek arbitration of any disputes regarding our fees under this agreement. Subject to applicable law and state bar rules, the prevailing party in any such arbitration shall be awarded its reasonable costs and attorney's fees incurred in connection with the dispute.

Monteleone & McCrory, LLP is a limited liability partnership (LLP), registered with the California Secretary of State's office. The partners and other professionals of an LLP are responsible for their own tortuous conduct, but not for the misconduct of others. The assets of an LLP, including amounts payable to clients under any policies of insurance covering errors and omissions of professionals of the firm, are available to satisfy claims against the LLP.

By its signature below, the Estate is indicating that it has read this agreement in its entirety and understands its contents. Further, it acknowledges that we have advised it that it may seek the advice of an independent attorney as to the meaning and effect of the contents of this agreement and that it has either sought and obtained such independent advice or waived its opportunity to do so.

We look forward to working with the Estate on this matter. Should you have any questions regarding this letter, please do not hesitate to contact me.

Very truly yours,

MONTELEONE & McCRORY, LLP

By_____
PATRICK J. DUFFY, III

PJD/mkd
Enclosures

ACCEPTED :

Estate of MODTECH HOLDINGS, INC.

By _Dennis J. Shogren_
   CEO

Dennis Shogren
Douglas J. Wills, Esq.
December 11, 2008
Page 5

    Title:


LIBERTY MUTUAL INSURANCE COMPANY


By_____
    Title:

EXHIBIT "C"



HOME

FIRM BACKGROUND

PRACTICE AREAS

ARTICLES

ATTORNEY PROFILES

RESOURCES

CONTACT US

# Firm Background

Monteleone & McCrory is a full-service law firm that handles commercial and business litigation, with a national reputation in the construction industry. Founded in 1958 under the partnership of Los Angeles legal pioneer Steven Monteleone, and construction law expert Darrell McCrory, the firm continues the tradition of its founders with highly skilled attorneys dedicated to providing quality legal services to a diverse and growing list of clients -- some of whom have been with Monteleone & McCrory for over three generations. The firm enjoys an AV rating from the Martindale-Hubbell Law Directory.

Monteleone & McCrory is headquartered in downtown Los Angeles, California and also maintains offices in Orange County (Santa Ana) California. Each office's legal staff offers a full range of legal expertise in its fields of practice with an emphasis on quick, effective response to the needs of its clients.

Monteleone & McCrory currently numbers fifteen attorneys with varying degrees of experience of up to 35 years or more. Our closeknit environment utilizes that experience through routine contact among members and associates. Communication with clients is also of utmost importance to maximize the effective use of all resources -- major decisions affecting tactics or economics of each case, including the scope of discovery efforts and assignment of tasks to lawyers are routinely shared with the client.

Many of Monteleone & McCrory's clients establish long-term relationships with one or more of the firm's partners and rely on them for particular expertise concerning that client's activities. Because our size and style of business permits it, we encourage clients to become acquainted with all of our lawyers and to deal directly with anyone with whom they are comfortable. We also encourage all of our lawyers to become familiar with each client to the fullest extent possible in order to offer assistance whenever a client feels it is urgent. Thus, we endorse clients' interest in the security of ongoing and readily accessible legal counsel, no matter what the size or complexity of their affairs may be.

CONSTRUCTION | CONSTRUCTION DEFECT | BUSINESS & REAL ESTATE | TORTS | ESTATE PLANNING | CORPORATE & TAX | EMPLOYMENT

HOME

FIRM BACKGROUND

PRACTICE AREAS

ARTICLES

ATTORNEY PROFILES

RESOURCES

CONTACT US

# Patrick J. Duffy, III

Patrick J. Duffy, III is nationally known in the highly specialized field of heavy engineering construction law. A senior partner in Monteleone & McCrory, he has focused on civil business litigation for more than 30 years, representing prime contractors, subcontractors, design professionals and owners in disputes arising from major projects such as highways, subway systems, bridges, wastewater facilities and industrial plants in California, throughout the U.S. and internationally.

Mr. Duffy also represents contractors and developers in construction defect and other litigation in the residential real estate sector. In addition, he has represented clients in a variety of business-related disputes before both state and federal courts in almost every county in California. Experienced in jury trials, he also practices at the appellate level and is admitted to practice before the United States Court of Federal Claims. In addition, he has argued before international tribunals on behalf of governments and business owners.

Mr. Duffy has substantial experience in preparing and organizing the voluminous records commonly involved in complex litigation. He also is adept at presenting highly technical scientific information in a way that makes it understandable to a jury.

Mr. Duffy's experience includes:

- Obtaining a jury verdict resulting in a judgment in excess of $40 million against a large charter city. The judgment included a return of all liquidated damages and an award of 100% of the contractor's claimed project delay damages. The jury also specifically found that the city's actions were unreasonable under Public Contract Code section 7107 leading to an award of penalty interest at 2% per month on the withholding totaling over $15 million;

- Obtaining an award by the State Office of Administrative Hearings on a freeway project for a small contractor who had lost bonding capacity because of the owner's actions which award completely exonerated the contractor from the default declared against the contractor and awarded damages that will make the contractor whole again. The award also found that the owner's actions violated Public Contract Code section 7107 and an award of penalty interest at 2% per annum plus an award of attorneys' fees incurred in the case is now pending;



Los Angeles Office
T: 213/ 612-9900
F: 213/ 612-9930
duffy@mmlawyers.com


Download vCard

**Practice**
Contract Litigation; Construction Litigation; Business Litigation; Contract Formation and Negotiation; Real Estate Transactions and Litigation; Administrative Law; Courts and Arbitration Proceedings; Court and Jury Trials

**Education**
• Loyola University of Los Angeles (J.D., 1969)
• Loyola University of Los Angeles (B.A., 1966)

- Defending a cement company owner and the government of Indonesia against a contractor in an international arbitration, and acting as a mediator in a dispute between a contractor and the government of Equador;

- Obtaining a reformed agreement for the seller of a Hollywood property based on the buyer's deceptive contract language and sharp dealing that would cost the seller several million dollars had the agreement not been reformed;

- Convincing a jury of a contractor's innocence in an alleged criminal public safety violation matter;

- Successfully defending a major designer of large projects in the Western U.S. against design deficiency claims while successfully advancing extra work claims;

- Achieving a 2 million dollar settlement for a prime contractor on a 2 million dollar claim for damages caused by fraudulent representations relating to the design of an excavation support system causing a subsequent shaft failure;

- Winning a 2 million dollar award for a construction company in a highly publicized dispute involving cost overruns on the Venice Canal refurbishment project;

- Achieving successful settlements of approximately 25 million dollars and 20 million dollars for a public works contractor that built sewer treatment plant upgrades from faulty plans provided by a public entity owner which owner settled rather than face the case prepared to be presented to the jury against the owner;

- Winning a 2 million dollar arbitration verdict for a manufacturer accused of late performance in the delivery of goods sold which award also included 100% of the attorneys' fees and costs expended in the case;

- Winning a 6 million dollar jury verdict after an eight week trial against a water district for a contractor in a dispute that arose from an eighteen month overrun in the time of construction of a new water treatment plant; and

- Obtaining the agreement of a public agency in a mediation to forego all liquidated damages and, instead, pay the contractor its costs for the delays to the completion of a major hospital project.

The quality of Mr. Duffy's work is reflected in the fact that he is "AV" rated by the Martindale-Hubbell Law Directory. His professional affiliations include the Los Angeles and California Bar Associations and the Public Contracts and Disputes Resolution Sections of the American Bar Association. Mr. Duffy is an active member of The Beavers, a group of major civil works and industrial contractors in the Western United States organized to promote mutual, cultural and charitable interests. He is a member of the executive committee of the Friendly Sons of St. Patrick. Mr. Duffy is also a member of the Los Caballeros horseback riding club, an exclusive group formed by Phil Wrigley. The group is permitted to ride on Catalina Island and is dedicated to the ecological preservation of the Island.

Mr. Duffy graduated with a B.A. from Loyola Marymount University in 1966 and received a J.D. from Loyola Law School in 1969.

CONSTRUCTION | CONSTRUCTION DEFECT | BUSINESS & REAL ESTATE | TORTS | ESTATE PLANNING | CORPORATE & TAX | EMPLOYMENT



HOME

FIRM BACKGROUND

PRACTICE AREAS

ARTICLES

ATTORNEY PROFILES

RESOURCES

CONTACT US

## Eric C. Smith

Mr. Smith is a partner and litigation attorney with extensive experience in the areas of construction, real estate and business law, specializing in the litigation and resolution of complex construction and real estate disputes in all forums, including state and federal court, JAMS, and AAA. Representative clients include developers, contractors, subcontractors, architects, engineers, material suppliers, homeowner associations, banks and sureties.

Mr. Smith is a 1986 graduate of Western State University School of Law and received his Bachelor of Science in Public Affairs in 1982 from the University of Southern California. He is a member of the State Bar of California, the American Bar Association and the Los Angeles County Bar Association.

In addition to practicing law, Mr. Smith enjoys time with his family, playing golf, volunteering time coaching baseball, Assistant Scoutmaster with his son's Boy Scout Troop and a Board Member of Phi Kappa Psi Fraternity at USC.



Los Angeles Office
T: 213/ 612-9900
F: 213/ 612-9930
smith@mmlawyers.com



Download vCard

**Practice**
Construction Law; Real Estate; Business Law

**Education**
• Western State University College of Law at Fullerton (J.D., 1986)
• University of Southern California (B.S. in Public Affairs, 1982)

---

CONSTRUCTION | CONSTRUCTION DEFECT | BUSINESS & REAL ESTATE | TORTS | ESTATE PLANNING | CORPORATE & TAX | EMPLOYMENT