# EXHIBIT "D"

# EXHIBIT "D"

Monteleone & McCrory LLP 2009 Rates

| | |
|---|---|
| Patrick J. Duffy, Partner | $450.00 |
| Eric C. Smith, Partner | $300.00 |
| Other Partners | $300.00 - $400.00 |
| Associates | $200.00 |
| Paralegals | $135.00 |

Note: the hourly rates for the Modtech Holdings, Inc. matters are capped at $300.00 per hour.

# EXHIBIT "E"

SCOTT C. CLARKSON (STATE BAR NO. 143271)
EVE A. MARSELLA (STATE BAR NO. 165797)
CLARKSON, GORE & MARSELLA, APLC
3424 Carson Street, Suite 350
Torrance, CA 90503
Telephone: (310) 542-0111
Facsimile: (310) 214-7254

Counsel to Proposed Special Litigation Counsel Monteleone & McCrory LLP
for Modtech Holdings, Inc., Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 6:08-bk-24324-TD |
| MODTECH HOLDINGS, INC., | Chapter 11 |
| Debtor and Debtor-in-Possession. | **NOTICE OF APPLICATION OF MODTECH HOLDINGS, INC. TO EMPLOY SPECIAL LITIGATION COUNSEL (MONTELEONE & MCCRORY LLP)** |
| | [No Hearing Required] |

TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on January 22, 2009, Modtech Holdings, Inc., Debtor and Debtor in Possession (the "Debtor"), submitted an application (the "Application") for an order under Sections 328(a) and 1103 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") authorizing the employment and retention of Monteleone & McCrory, LLP ("M&M" or "Monteleone") as special litigation counsel to the Debtor, as fully detailed in the Application. M&M has

366082v2

agreed that all fees sought in this case shall be subject to the jurisdiction and approval of the Bankruptcy Court and any applicable fee and expense guideline orders. A copy of the Application has been served upon, among others, the Office of the United States Trustee, in accordance with Local Bankruptcy Rule 2014-1(b)(2). Any person desiring an additional copy may obtain one by contacting Scott C. Clarkson, Esq., Clarkson, Gore & Marsella, 3424 Carson Street, Suite 350, Torrance, CA 90503, (310) 542-0111, counsel for M&M.

**I.    Scope of Employment and Compensation Arrangements.**

The Debtor is seeking by this Application to employ M&M as Special Litigation Counsel with respect to a number of pending and proposed litigations involving construction disputes with various customers of the Debtor. M&M has served as the Debtor's construction litigation counsel since 2004, and presently serves as the Debtor's counsel in several of the below identified litigation matters. Specifically, Monteleone will represent the estate as special litigation counsel with respect to the following matters:

a.    Claims against the San Diego Unified School District in connection with the Porter/Kennedy School Projects. Modtech has a claim for unpaid progress billings, unpaid retention and extra work/change order work to the tune of about $1 million or more ("Porter/Kennedy").

b.    Pending litigation on claims with the Liberty Union High School District regarding the Debtor's work on the 2005 Heritage High School Project (*Modtech Holdings, Inc. v. Liberty Union High School District,* Contra Costa County Superior Court, Case No. C06-00239) ("Heritage").

c.    Pending litigation with the Campbell Union Elementary School District seeking damages in excess of $4 million (*Modtech Holdings, Inc. v. Campbell Union Elementary School District, et al.,* Santa Clara County Superior Court, Case No. 1-05-CV-049363) ("Monroe").

d.    Pending litigation with J T Plastering, Inc., a subcontractor to Modtech,

2

arising from services performed on the Landmark Elementary School, located in Watsonville, California in excess of $140,000.00 (*Modtech Holdings, Inc. v. J & T Plastering, Inc.*, Los Angeles County Superior Court, Case No. BC390871) ("JT Plastering").

   e. Other construction related claims and litigations that are pending or will arise with respect to pre-petition activities of the Debtor.

  The compensation arrangements for M&M have been negotiated between the Debtor and M&M, and with respect to several of the litigation matters, include the participation of the Debtor's surety and bonding company, Liberty Mutual Insurance ("Liberty"). M&M has agreed to represent the Estate on the Porter/Kennedy, Heritage and JT Plastering matters on a contingency fee basis and to advance reasonably necessary costs required for that purpose. In that regard, it has been agreed that from any proceeds of each litigation, M&M will first be reimbursed for its costs and disbursements and that M&M will then receive as its contingent fee, one-third of the remaining proceeds with the balance being remitted to the Estate. This contingent fee of one-third will apply whether the matter is resolved by a mutually agreed settlement or by judgment after trial. The agreement, however, only covers legal services provided by M&M through trial and judgment thereafter, and does not cover any appeal that may be taken by either side from the Judgment. Such services will be provided by M&M only if it and the Estate make a further written fee agreement concerning such services. Regardless of the outcome of these litigations, the Estate will be ultimately responsible for paying all costs and expenses advanced and incurred in handling of the matter, including (but not limited to) filing fees, transcript and court reporter's fees, messenger and other delivery fees, process service fees, jury fees, witness fees, investigator's fees, expert's or consultant's fees, photocopies, travel costs, Fax charges, computer-assisted legal research charges, and other similar items. With respect to the Campbell litigation, M&M has been engaged by the Estate to provide all legal services

3

reasonably required to represent it in connection with that litigation. Liberty Mutual Insurance Company ("Liberty"), as Modtech's bonding company, has agreed to pay M&M's attorney fees and costs in representing the Estate in the Campbell litigation, with the rights of reimbursement, and under the following specified conditions:

    a.    The trial team will be Patrick Duffy and Eric Smith (for Modtech only) and Watt, Tieder, Hoffar & Fitzgerald, LLP's Michael Hutchins (for Liberty only);

    b.    Liberty will pay M&M's regular published rates for work performed on or after the petition date, October 20, 2008, with a cap not to exceed $300 per hour;

    c.    Liberty will pay M&M's expenses for expert witnesses, trial graphics and other reasonable costs as approved by Liberty;

    d.    Before any recovery from the Campbell litigation is released to the Estate, any other creditor, or anybody else, Liberty shall first be reimbursed all of its fees and costs incurred in the Campbell litigation, including, but not limited to, those fees and costs paid to M&M and Watt, Tieder, Hoffar & Fitzgerald, LLP;

    e.    Liberty reserves the right to settle the Campbell litigation, including Modtech's claims against Campbell and Liberty, and Campbell's claims against Modtech and Liberty, at any time for any price. If the debtor or any creditor objects to the settlement, such objector must, within ten days, both (a) reimburse Liberty its fees and expenses incurred by Liberty in the Campbell litigation; and (b) provide adequate protection to Liberty in the form of cash collateral for Liberty's future litigation expenses and the penal sum of Liberty's performance bond on the Campbell project;

    f.    Liberty reserves the right to stop paying M&M's fees and costs at any time, with or without cause, upon reasonable notice not less than seven days.

## II. Disclosure of Pre-Petition Claims Against the Debtor.

M&M has been construction litigation counsel to the Debtor since 2004. M&M is a secured creditor of the Debtor, possessing statutory attorney liens on all presently pending construction litigation in which it has served as Debtor's Counsel, and a written assignment of the remaining settlement sums in Heritage. At this time, M&M holds first priority security interests in proceeds arising in the following matters, and each are cross-collateralized with the other:

    a.    Porter/Kennedy;

    b.    Heritage;

    c.    Monroe; and

    d.    JT Plastering.

As of the Petition Date, M&M believes that it is owed, at a minimum, the amount of $816,000.00 (the "Monteleonoe Claim"). The Monteleone Claim and liens are based on various legal services representations performed pre-petition under the Legal Representation Agreement with Modtech dated November 12, 2004.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the Application, you need take no further action. However, if you wish to oppose the Application, you must file a written response and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(a)(7), with the Clerk of the Bankruptcy Court at 411 West Fourth Street, Santa Ana, California, 92701-4593, no later than fifteen days after the date this notice was served in accordance with Local Bankruptcy Rule 2014-1, and serve any response to the Application on the Debtor, directed to (1) the Debtor's Bankruptcy Counsel, Charles Liu, Esq., Winthrop Couchot, P.C., 660 Newport Center Drive, 4th Floor, Newport Beach, CA, 92660, (2) counsel for M&M at the address listed

5

1 | on the upper left-hand corner of this notice, and (3) the United States Trustee.

Dated: January 22, 2009

CLARKSON, GORE & MARSELLA
A Professional Law Corporation

By:   /s/ Scott C. Clarkson
     Scott C. Clarkson
Attorneys for Monteleone & McCrory, LLP

# PROOF OF SERVICE

STATE OF CALIFORNIA,

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3424 Carson Street, Suite 350, Torrance, California, 90503.

On **January 23, 2009** I served the foregoing document described as: **Application by Modtech Holdings, Inc. For Authority to Employ Monteleone & McCrory, LLP as Special Litigation Counsel; Declaration of Eric C. Smith in Support Thereof** on the interested parties in this action by placing the original thereof enclosed in a sealed envelope and by causing such envelope with postage thereon fully prepaid to be placed in the United States mail, at Torrance, California, addressed as follows:

List Attached

[X]   (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **January 23, 2009**, at Torrance, California.

[X]   Federal:   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Kausar Sher

USBC, Riverside Division No. 08-24323 TD
### SERVICE LIST

**Counsel for Debtor**
Marc J. Winthrop, Charles Liu, Esq.
Winthrop Couchot
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660


**Office of the United States Trustee**
United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501

**Counsel for the Official Committee of Unsecured Creditors**
Richard A. Marshack
Shulman Hodges & Bastian LLp
26632 Town Centre Drive, Suite 300
Foothill Ranch, CA 92610


**Counsel for Laurus Masters Fund, Ltd., Valens U.S. SPV I LLC, and Valens Offshore SPV I Ltd.**
Ira Kharash, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067