**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
**3424 Carson Street, Suite 350**
**Torrance, California 90503**
**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

FILED & ENTERED

MAY 13 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

Counsel for Proposed Special Litigation Counsel
Monteleone & McCrory LLP for Modtech Holdings, Inc.,
Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| **In re:** | **Bk. No. 6:08-bk-24324-TD** |
| **Modtech Holdings, Inc.,** | Chapter 11 |
| **Debtor and Debtor in Possession.** | **ORDER APPROVING APPLICATION TO EMPLOY MONTELEONE & MCCRORY LLP AS SPECIAL LITIGATION COUNSEL FOR MODTECH HOLDINGS, INC. AS SPECIAL LITIGATION COUNSEL IN PORTER/KENNEDY LITIGATION MATTER** |
| | No Hearing Required<br>Local Bankruptcy Rule 9013-1(o) |

The Application filed on behalf of Modtech Holdings, Inc. Chapter 11 Debtor and Debtor in Possession (the "Debtor") for Authority to Employ Monteleone & McCrory LLP, pursuant to 11 U.S.C. §328, as Special Litigation Counsel as Special Litigation Counsel in Porter/Kennedy Litigation Matter (the "Application") in the above-captioned case was filed on April 22, 2009 in accordance with Local Bankruptcy Rule 9013-1(o), requesting that the Application be considered without a hearing.

By the Application, the Debtor requests the entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9019(a) approving the employment of Monteleone & McCrory LLP

Order to Approve Application to Employ Special Counsel

1

("M&M") as Special Litigation Counsel pursuant to the terms of the Stipulation entered among the Debtor, M&M, and Laurus Master Fund Ltd. ("Laurus").

The filed Declaration of Scott C. Clarkson attests that neither a response nor a request for hearing on the Motion has been filed or served on or before fifteen (15) days following service of the Application.

Having reviewed the Application and Stipulation and finding that no response or hearing has been requested within fifteen (15) days of service of the Application, and for good cause shown, the Application is **APPROVED** under the following terms and conditions:

1) M&M is employed as Special Litigation counsel on behalf of the "Porter-Kennedy/San Diego" litigation matter pursuant to 11 U.S.C. §328.

2) With respect to the litigation matter identified in the Application and Stipulation as the "Porter-Kennedy/San Diego" litigation, M&M is authorized to serve as Special Litigation Counsel to the Debtor under the following terms and conditions: M&M shall represent the Estate on a contingency fee basis and shall advance reasonably necessary costs required for that purpose. From any proceeds of the litigation, M&M will first be reimbursed for its costs and disbursements and will then receive as its contingent fee, one-third of the remaining proceeds with the balance being remitted to the Estate, without the necessity of filing a fee application. Except as to the contingency fee, the Estate will only be responsible for paying costs and expenses advanced and incurred in handling of the matter, including (but not limited to) filing fees, transcript and court reporter's fees, messenger and other delivery fees, process service fees, jury fees, witness fees, investigator's fees, expert's or consultant's fees, photocopies, travel costs, fax charges, computer-assisted legal research charges, and other similar items, to the extent monies are recovered by way of settlement or adjudication from the actions for which it has been retained as special counsel.

3) All litigation proceeds received by the Estate from the Porter/Kennedy litigation matter (with the exception of the contingency fee payments and reimbursements for post-petition costs to be received by M&M, which shall be paid directly to M & M upon receipt of the

1 proceeds but subject to M&M providing Laurus within ten (10) days of such receipt with a

2 detailed accounting of the fee payments and cost reimbursements so paid to M&M) (the

3 "Litigation Proceeds") shall be deposited into a separate segregated Debtor in Possession

4 account.

5     4)    The determination of rights and priorities to the Litigation Proceeds after payment

6 of the fees and costs to M&M shall be held in abeyance and determined at a future time.

7     5)    The Litigation Proceeds shall not be released from the separate segregated Debtor

8 in Possession account without reasonable notice and without further order of the Bankruptcy

9 Court.

10 **IT IS SO ORDERED.**

###

24 DATED: May 13, 2009

United States Bankruptcy Judge

Order to Approve Application to Employ Special Counsel

3

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER APPROVING APPLICATION TO EMPLOY MONTELEONE & MCCRORY LLP AS SPECIAL LITIGATION COUNSEL FOR MODTECH HOLDINGS, INC.AS SPECIAL LITIGATION COUNSEL IN PORTER/KENNEDY LITIGATION MATTER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 12 , 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

Order to Approve Application to Employ Special Counsel

4

**Service list for Modtech Holding, Inc.**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**United States Trustee**

United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

**Counsel for the Debtor**

Marc J Winthrop    pj@winthropcouchot.com

Charles Liu    cliu@winthropcouchot.com

**Counsel for the Official Committee of Unsecured Creditors**

Richard A Marshack    rmarshack@shbllp.com

**Counsel for Laurus Masters Fund, Ltd., Valens U.S. SPV I LLC, and Valens Offshore SPV I Ltd.**

Jeffrey N Pomerantz    jpomerantz@pszjlaw.com

**TO BE SERVED BY THE LODGING PARTY**

**Counsel for Laurus Masters Fund, Ltd., Valens U.S. SPV I LLC, and Valens Offshore SPV I Ltd.**

Ira Kharash, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

**Counsel for Liberty Mutual Insurance Co.**

Robert C. Niesley
Watt, Tieder, Hoffar & Fitzgerald, LLP
2040 Main Street, Suite 300
Irvine, CA 92614

Order to Approve Application to Employ Special Counsel

5