1 | **SCOTT C. CLARKSON, ESQ.**  SBN 143271
**EVE A. MARSELLA, ESQ.**  SBN 165797
2 | **CHRISTINE M. FITZGERALD, ESQ.**  SBN 165797
**CLARKSON, GORE & MARSELLA**
3 | **A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
4 | Torrance, California 90503
(310) 542-0111 Telephone
5 | (310) 214-7254 Facsimile

6 | Attorneys for Special Litigation Counsel Monteleone & McCrory, LLP

FILED & ENTERED

SEP 23 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re:

Modtech Holdings, Inc,

        Debtor.

Bk. No. 6:08-bk-24324-TD

Chapter 11

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF SPECIAL LITIGATION COUNSEL MONTELEONE & MCCRORY LLP WITH REQUEST TO THE HERITAGE LITIGATION**

The First and Final Fee Application of Special Litigation Counsel Monteleone & McCrory LLP ("Applicant") with Respect to the Heritage Litigation (the "Application") came on for hearing on September 10, 2009, at 11:00 a.m. in Courtroom 1345.

The Court, having considered the Application, the Limited Objection filed by Laurus Master Fund Ltd. ("Laurus"), and the Reply and Notice of Resolution to Limited Objection of Laurus (the "Reply") filed by the Applicant, and for good cause shown, hereby grants the Application under the terms and conditions as set forth herein and in the agreed-upon resolution stated in the Applicant's Reply.

Order Granting Monteleone & McCrory LLP Final Fees and Costs

1

1  The following allowed fees and costs are awarded and shall be paid to the Applicant:

2  Fees: $21,960.00, representing $21,060.00 plus $900.00 for fee Application Preparation.

3  Costs: $5,061.65, representing all requested costs except a reduction of 50% of the

4  requested reimbursement of $4,542.34 for copying charges.

5

6  Total amount: $27,021.65.

7  **IT IS SO ORDERED**.

8  ###

24  DATED: September 23, 2009

United States Bankruptcy Judge

Order Granting Monteleone & McCrory LLP Final Fees and Costs

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson, St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described _____Order Approving First and Final Fee Application of Special Litigation Counsel Monteleone & McCrory LLP with Request to the Heritage Litigation_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___September 10, 2009___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Counsel for Creditor Laurus Master Fund, Ltd., Valens U.S., S.P.V. I LLC, Valens Offshare SPV, I Ltd.**
Ira D. Kharasch, Esq.
James K.T. Hunter, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angles, CA 90067

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 10, 2009 | Michelle Carpenter | /S/ Michelle Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVED BY U.S. MAIL**
**Judge**
Honorable Thomas B. Donavan
255 Temple St., Suite 1352
Los Angeles, CA 90012

Order Granting Monteleone & McCrory LLP Final Fees and Costs

4

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)
Order Approving First and Final Fee Application of Special Litigation Counsel Monteleone & McCrory LLP with Request to the Heritage Litigation
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 10, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Counsel for Creditor Laurus Master Fund, Ltd., Valens U.S., S.P.V. I LLC, Valens Offshare SPV, I Ltd.**
Pomerantz, Jeffrey           jpomerantz@pszjlaw.com
James K T Hunter             jhunter@pszyjw.com

☒ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

See attached service list

☒ Service information continued on attached page

Order Granting Monteleone & McCrory LLP Final Fees and Costs

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**Debtor's Counsel**
Charles Liu, Esq.          cliu@winthropcouchot.com
Marc J Winthrop, Esq.      pj@winthropcouchot.com
Robert M Yaspan, Esq.      ryaspan@yaspanlaw.com, tmenachian@yaspanlaw.com

**U.S. Trustee**
U.S. Trustee (RS)          ustpregion16.rs.ecf@usdoj.gov

**Counsel for U.S. Trustee**
Elizabeth A Lossing, Esq,   elizabeth.lossing@usdoj.gov

**Creditor for Committee Counsel**
D Edward Hays              ehays@marshackhays.com

**Request for special notice**

Peter C Califano      pcalifano@cwclaw.com
Helen R Frazer        hfrazer@aalrr.com
Jeanne M Jorgensen    jjorgensen@pj-law.com, esorensen@pj-law.com
J Michael Kelly       kellyjm@cooley.com
Jennifer Leland       jleland@pwkllp.com
Leib M Lerner         leib.lerner@alston.com
Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com
Frank F McGinn        ffm@bostonbusinesslaw.com
Lawrence Peitzman     lpeitzman@pwkllp.com
Jeffrey N Pomerantz   jpomerantz@pszjlaw.com
Dean G Rallis Jr      drallis@sulmeyerlaw.com
Todd C. Ringstad      becky@ringstadlaw.com
Kirsten A Roe         kroe@wthf.com, dfunsch@wthf.com
Mary K Ross           kross@wthf.com
Scott A Schiff        sas@soukup-schiff.com
Yaron Shaham          yshaham@wolfewyman.com
Andrea M Valdez       avaldez@fulbright.com
Scott Williams        swilliams@manierherod.com, mfranks@manierherod.com;tpennington@manierherod.com

**TO BE SERVED BY THE LODGING PARTY**

**Request for special notice**
Margaret Kathryn Maas, Esq.
110 Avenida Serra
San Clemente, CA  92672

**Prior Counsel for the Official Committee of Unsecured Creditors**
Richard A . Marshack
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive Suite 300
Foothill Ranch, CA 92610