## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

In re: MODTECH HOLDINGS, INC.,

Debtor



-----------------------------

ROSENFIELD FAMILY TRUST,

Appellant

v.

MODTECH HOLDINGS, INC.; UST-
UNITED STATES TRUSTEE, RIVERSIDE;
LAURUS MASTER FUND; VALENS U.S.;
S.P.V. I, LLC; VALENS OFFSHORE SPV I;
OFFICIAL COMMITTEE OF CREDITORS
HOLDING UNSECURED CLAIMS,

Appellees

BAP No. CC-09-1238-

Bankr. No. 08-24324 TD
Chapter 11

**FILED**

NOV 30 2009

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

### ORDER OF DISMISSAL

The parties' stipulation to dismiss this appeal is approved by the Bankruptcy Appellate Panel. Therefore, it is hereby **ORDERED** that the appeal is **DISMISSED** pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2).

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

Susan M Spraul, BAP Clerk

**By:** Freddie Brown, Deputy Clerk
**Filed and entered:** November 30, 2009

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties in interest as designated by the Appellant in the Notice of Appeal, to the United States Trustee and the Clerk of the Bankruptcy Court.

                                                **By:** Freddie Brown, Deputy Clerk
                                                **Date:** November 30, 2009